**No. 49629.**—Protests 918780–G, etc., of American Straw Goods Co. (New York).

Opinion by TILSON, J. The record showed that certain of the items in question consist of manila hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence herein. The claim at only 25 percent under paragraph 1504 (b) (1) was therefore sustained as to this item.

**No. 49630.**—Protests 929333–G, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated by counsel that certain of the merchandise consists of hats similar in all material respects to those involved in Abstract 47291. In accordance therewith, the protests were sustained to this extent.

JULY 13, 1944

**No. 49631.**—SUIT 4461.— —*United States* v. *John Barr.* C. D. 801 reversed May 22, 1944. C. A. D. 279.

BEFORE THE SECOND DIVISION, JULY 19, 1944

**No. 49632.**—Protest 109145–K of Strauss Bros. & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation that the pincushions are the same in all material respects as those involved in Abstract 48406 the protest was sustained as to this claim.

**No. 49633.**—Protests 584120–G, etc., of Tientsin Importing Co., Inc. (New York).

Opinion by TILSON, J. The testimony introduced showed that the merchandise consists of 8-bu. unglazed harvest hats, valued at less than $3 per dozen, and that they are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith those imported and withdrawn for consumption prior to the effective date of said Netherlands Trade Agreement were held dutiable at 25 percent under paragraph 1504 (b) (5) and those subsequent to that date were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075. Protests sustained to this extent.